ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0189

IN THE MATTER OF:

C.H., C.H., and S.H.,

Youths in Need of Care.

O R D E R

FILED

OCT 3 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for the appellant mother of C.H., C.H., and S.H. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The mother was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the mother's appeal in this case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant mother personally.

DATED this 31st day of October, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2